**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Siana Oil & Gas Co., LLC v. White Oak Operating Company LLC

Appellate case number:    01-21-00721-CV

Trial court case number:  2015-45224

Trial court:              164th District Court of Harris County

      Appellant Siana Oil & Gas Co., LLC has filed an Unopposed Motion for Extension of Time to File Its Reply Brief.  The motion is **granted.**  Appellant's reply brief, if any, is due October 26, 2022.

      It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                              Acting individually

Date:  October 4, 2022